UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALONZO JOSEPH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>E. HORWITZ, et al.,<br><br>　　　　Defendants. | No. 2:18-cv-3155 WBS KJN P<br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 12, 2018, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 12, 2018, are adopted in full;

2. Plaintiff's application to proceed in forma pauperis (ECF No. 2) is denied;

3. Plaintiff is ordered to pay the $400 filing fee within thirty days of the date of this order.

Dated: January 4, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/jose3155.804