UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALONZO JOSEPH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>E. HORWITZ, et al.,<br><br>　　　　　Defendants. | No. 2: 18-cv-3155 WBS KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On January 7, 2019, the Honorable William B. Shubb denied plaintiff's application to proceed in forma pauperis and ordered plaintiff to pay the filing fee within thirty days. (ECF No. 9.)

Plaintiff appealed Judge Shubb's January 7, 2019 order to the Ninth Circuit Court of Appeals. (ECF No. 10). On August 2, 2019, the Ninth Circuit dismissed plaintiff's appeal. (ECF No. 15.)

Accordingly, IT IS HEREBY ORDERED that plaintiff is ordered to pay the $400 filing fee within thirty days of the date of this order; failure to pay the filing fee will result in a recommendation of dismissal of this action.

Dated: August 29, 2019

Jo3155.ord

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE