UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALONZO JOSEPH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>E. HORWITZ, et al.,<br><br>　　　　　Defendants. | No. 2: 18-cv-3155 WBS KJN P<br><br><br>FINDINGS AND RECOMMENDATIONS |

On August 29, 2019, the undersigned ordered plaintiff to pay the $400.00 filing fee within thirty days. Thirty days passed from that date and plaintiff did not pay the filing fee.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: October 18, 2019

jo3155.dis

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE